RICK A. YARNALL                                          E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>**GREGORY EARL TISCHHAUSER**<br>**CARLA KAY BRILES**<br><br>**Debtors**<br>**Attorney for Debtor:**<br>   **CLEMENT LAW OFFICES** | **CASE NO: BKS-19-12584-ABL**<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

**YOU WILL PLEASE TAKE FURTHER NOTICE that a creditor will receive no disbursement under the terms of the confirmed plan until an allowed proof of claim has been filed by or on behalf of such creditor.**

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution within twenty-one (21) days of this notice. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection with a minimum of twenty-one (21) days notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

GREGORY EARL TISCHHAUSER AND CARLA KAY BRILES                    BKS-19-12584-ABL

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CAPITAL ONE BANK USA NA** BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC  28272-1083 | **$2,727.98** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00004 / COURT CLAIM # 3** | 8404 |
| **CAPITAL ONE BANK USA NA** BY AMERICAN INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE, NC  28272-1083 | **$2,346.09** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00005 / COURT CLAIM # 4** | 5157 |
| **CHASE BANK USA, N.A.** C/O JP MORGAN CHASE BANK PO BOX 15368 WILMINGTON, DE  19850 | **$6,306.58** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00006 / COURT CLAIM # 6** | 1174 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** P O BOX 12914 NORFOLK, VA  23541 | **$3,681.98** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00007 / COURT CLAIM # 13** | 7193 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** P O BOX 12914 NORFOLK, VA  23541 | **$7,939.58** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00008 / COURT CLAIM # 14** | 4901 |
| **Comenity Bank/Lane Bryant** Attn: Bankruptcy Po Box 182125 Columbus, OH  43218 | **$0.00** AT 0.00% INT FROM 04/26/2019 | UNSECURED NOT FILED WILL NOT BE PAID **TRUSTEE CLAIM# 00009 / COURT CLAIM # Not Filed** | 8054 |
| **CITIZENS BANK, N.A.** CCO MORTGAGE PO BOX 280 GLEN ALLEN, VA  23058 | **$711.95** AT 0.00% INT FROM 04/26/2019 | MORTGAGE ARREARS  100.00% TO BE PAID **TRUSTEE CLAIM# 00010 / COURT CLAIM # 10** | 3497 |
| **Kohls/Capital One** Attn: Bankruptcy Po Box 30285 Salt Lake City, UT  84130 | **$0.00** AT 0.00% INT FROM 04/26/2019 | UNSECURED NOT FILED WILL NOT BE PAID **TRUSTEE CLAIM# 00012 / COURT CLAIM # Not Filed** | 6187 |
| **LVNV FUNDING LLC** RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC  29603-0587 | **$9,844.22** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00013 / COURT CLAIM # 1** | 6951 |
| **MIDLAND FUNDING LLC** MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR MIDLAND FUNDING LLC PO BOX 2011 WARREN, MI  48090 | **$7,784.80** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00014 / COURT CLAIM # 7** | 6941 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** P O BOX 12914 NORFOLK, VA  23541 | **$8,105.08** AT 0.00% INT FROM 04/26/2019 | UNSECURED  0-100% TO BE PAID** **TRUSTEE CLAIM# 00016 / COURT CLAIM # 11** | 1893 |

GREGORY EARL TISCHHAUSER AND CARLA KAY BRILES

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **SYNCB/JEWERLY TV**<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL  32896 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00017 / COURT CLAIM # Not Filed** | 9673 |
| **Synchrony Bank/Sams Club**<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL  32896 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00018 / COURT CLAIM # Not Filed** | 8750 |
| **Synchrony Bank/Sams Club**<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL  32896 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00019 / COURT CLAIM # Not Filed** | 7575 |
| **US BANK NATIONAL ASSOCIATION**<br>PO BOX 5227<br>CINCINNATI, OH  45201-5227 | **$5,347.57**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br><br>0-100% TO BE PAID**<br>**TRUSTEE CLAIM# 00020 / COURT CLAIM # 5** | 1861 |
| **Us Dept Of Education**<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN  55116 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00021 / COURT CLAIM # Not Filed** | 5324 |
| **Visa Dept Store National Bank/Macy's**<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH  45040 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00022 / COURT CLAIM # Not Filed** | 1040 |
| **Zions Managment Srvc C**<br>1875 S Redwood Rd<br>Salt Lake City, UT  84104 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00023 / COURT CLAIM # Not Filed** | 0326 |
| **Zions Managment Srvc C**<br>2200 So 3270 West<br>Salt Lake City, UT  84119 | **$0.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br>NOT FILED<br>WILL NOT BE PAID<br>**TRUSTEE CLAIM# 00024 / COURT CLAIM # Not Filed** | 3195 |
| **SUMMERLIN HOSPITAL MEDICAL CENTER**<br>VALLEY HEALTH SYSTEM<br>8801 W. SAHARA AVE.<br>LAS VEGAS, NV  89117 | **$200.00**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br><br>0-100% TO BE PAID**<br>**TRUSTEE CLAIM# 00028 / COURT CLAIM # 2** | 2505 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | **$306.51**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br><br>0-100% TO BE PAID**<br>**TRUSTEE CLAIM# 00029 / COURT CLAIM # 8** | 0001 |
| **PINNACLE CREDIT SERVICES, LLC**<br>c/o RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0368 | **$477.17**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br><br>0-100% TO BE PAID**<br>**TRUSTEE CLAIM# 00030 / COURT CLAIM # 9** | 0001 |

GREGORY EARL TISCHHAUSER AND CARLA KAY BRILES

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$8,235.55**<br>AT 0.00% INT<br>FROM 04/26/2019 | UNSECURED<br><br>0-100% TO BE PAID**<br>**TRUSTEE CLAIM# 00031 / COURT CLAIM # 12** | 5008 |
| **CITIZENS BANK, N.A.**<br>CCO MORTGAGE<br>PO BOX 280<br>GLEN ALLEN, VA  23058Paid outside | **$313,894.39**<br>AT 0.00% INT<br>FROM 04/26/2019 | MORTGAGE DIRECT<br><br>Paid direct by Debtor<br>**TRUSTEE CLAIM# 00032 / COURT CLAIM # 10** | 3497 |

**\*\*The exact percentage dividend to be paid, if any, to the unsecured creditors cannot be determined at this time and will not be determined until the closing of the case. There are many factors which can affect the dividend, such as, but not limited to: increased administrative expenses or other factors which may reduce the dividend; increased income to the estate which may increase the dividend; or a modified plan which may affect the dividend either way. Please refer to the latest Confirmed or Modified Chapter 13 Plan.**

Dated: 10/15/2019

/s/ Kim Baxter

for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee